# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE MCCLUER,<br><br>    Plaintiff,<br><br>v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA; SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.); and DOES 1 to 100,<br><br>    Defendant. | Case No. 21cv00008-LL-WVG<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>[ECF No. 36] |

Pursuant to the joint motion of the parties [ECF No. 36], the above-entitled action is hereby dismissed in its entirety with prejudice. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: February 17, 2022

Honorable Linda Lopez
United States District Judge

Case No. 21cv00008-LL-WVG